UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RAHIMAH RAY-EL,

     Plaintiff,

                                          Case No. 25-cv-11928
v.                                     Hon. Matthew F. Leitman

THE PHOENIX INSURANCE CO.,

     Defendant.

_____/

## ORDER (1) DIRECTING PLAINTIFF RAHIMAH RAY-EL TO PERSONALLY APPEAR FOR MOTION HEARING ON PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW (ECF No. 7), (2) DIRECTING PLAINTIFF'S COUNSEL TO SERVE MOTION, NOTICE OF HEARING, AND THIS ORDER ON PLAINTIFF, AND (3) STAYING FILING DEADLINES FOR RESPONSE TO DEFENDANT'S MOTION TO DISMISS

Attorney Alexandria J. Taylor, and her law firm, Taylor Law Firm, PLLC, represent Plaintiff Rahimah Ray-El in this action.  On February 24, 2026, Taylor filed a motion to withdraw as Ray-El's counsel. (*See* Mot., ECF No. 7.)

The Court has scheduled a hearing on Taylor's motion for **March 20, 2026, at 2:00 p.m.** (*See* Notice of Hearing, ECF No. 8.)  The hearing will be conducted virtually over the Zoom video platform. (*See id.*)  The Court **ORDERS** Ray-El, Taylor, and Defendant's counsel to ***personally join and participate in the video hearing on March 20, 2026.***  If Ray-El fails to personally join and participate in the hearing, the Court will dismiss Ray-El's Complaint with prejudice.

1

By no later than **March 6, 2026**, Taylor shall serve all of the following on Ray-El by both email (if possible) and First Class Mail at Ray-El's last known mailing address: (1) the motion to withdraw (ECF No. 7), (2) the Notice of Hearing on the motion to withdraw (ECF No. 8), (3) the Zoom link provided by the Court so that Ray-El can personally join and participate in the meeting, and (4) this order.  In addition, by no later than **March 6, 2026**, Taylor shall file a proof of service on the docket confirming that she has served Ray-El with all of the documents identified above.

Finally, the Court **STAYS** all response deadlines related to Defendant's currently-pending motion to dismiss (ECF No. 6).  The Court will set a new schedule for resolving that motion following the hearing on Taylor's motion to withdraw.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
Dated:  February 24, 2026        UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 24, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

2