UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RAHIMAH RAY-EL,

     Plaintiff,

                             Case No. 25-cv-11928

v.                             Hon. Matthew F. Leitman

THE PHOENIX INSURANCE CO.,

     Defendant.

_____/

### ORDER (1) GRANTING PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW (ECF No. 7), (2) DISMISSING ACTION WITH PREJUDICE, AND (3) TERMIANTING DEFENDANT'S MOTION TO DISMISS AS MOOT (ECF No.  6)

On March 20, 2026, the Court held a hearing on the motion to withdraw as counsel filed by Alexandria Taylor, counsel for Plaintiff Rahimah Ray-El. (*See* Mot., ECF No. 7.)  For the reasons stated in the motion, and the additional reasons stated on the record, the motion is **GRANTED**.  In addition, for the reasons explained in detail on the record, this action is **DISMISSED WITH PREJUDICE** under Federal Rule of Civil Procedure 41(b).  Finally, in light of the Court's dismissal of this action with prejudice, the Court **TERMINATES** Defendant's currently-pending motion to dismiss (ECF No. 6) as moot.  This action is **DISMISSED WITH PREJUDICE**.

     **IT IS SO ORDERED**.

                             s/Matthew F. Leitman
                             MATTHEW F. LEITMAN
Dated:  March 20, 2026          UNITED STATES DISTRICT JUDGE

1

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 20, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126