UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RAHIMAH RAY-EL,

     Plaintiff,

                                           Case No. 25-cv-11928
v.                                   Hon. Matthew F. Leitman

THE PHOENIX INSURANCE CO.,

     Defendant.

_____/

## JUDGMENT

In accordance with the Order entered on this day, **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**.

                                          KINIKIA ESSIX
                                          CLERK OF COURT

                        By:    s/Holly A. Ryan_____
                                          Deputy Clerk

Approved:

s/Matthew F. Leitman_____
MATTHEW F. LEITMAN
United States District Judge

Dated:  March 20, 2026
Detroit, Michigan

1